1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    DANIEL J. RICHERT #232208
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
6   Facsimile: (415) 983-1200

7
    SIDLEY AUSTIN LLP
8   DAVID W. CARPENTER (admitted *pro hac vice*)
    BRADFORD A. BERENSON (admitted *pro hac vice*)
9   EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
    DAVID LEE LAWSON (admitted *pro hac vice*)
10  ERIC A. SHUMSKY #206124
    1501 K Street, N.W.
11  Washington, D.C.  20005
    Telephone:  (202) 736-8010
12  Facsimile:  (202) 736-8711

13  Attorneys for the BellSouth Defendants

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17  ┌─────────────────────────────────────┐   MDL Dkt. No. 06-1791-VRW
18  │ In re:                              │   **STIPULATION AND [PROPOSED]**
19  │ NATIONAL SECURITY AGENCY            │   **ORDER TO EXTEND TIME FOR**
    │ TELECOMMUNICATIONS RECORDS          │   **BELLSOUTH DEFENDANTS TO**
20  │ LITIGATION                          │   **RESPOND TO CONSOLIDATED**
    │                                     │   **COMPLAINT**
21  │                                     │
22  ├─────────────────────────────────────┤   [Civil L.R. 6-2, 7-1(a)(5), 7-12]
    │ This Document Relates To:           │
23  │                                     │   Courtroom:  6, 17th Floor
    │ 06-5343-VRW                         │   Judge:      Hon. Vaughn R. Walker
24  │ 06-5485-VRW                         │
    │ 06-5576-VRW                         │
25  │ 06-6253-VRW                         │
    │ 07-0464-VRW                         │
26  │                                     │
    │ *Mayer v. Verizon Communications, Inc., et al.,* │
27  │ No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not │
    │ yet assigned)                       │
28  └─────────────────────────────────────┘

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1       **RECITALS**

2       A.      On January 16, 2007, the plaintiffs in *Herron*, 06-5343-VRW; *Joll*, 06-5485;

3   *Conner*, 06-5576; *Derosier*, 06-6253-VRW; *Lebow*, 07-0464-VRW; and *Mayer v. Verizon*

4   *Communications, Inc., et al.*, No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not yet assigned)

5   ("BellSouth Plaintiffs") filed a "Master Consolidated Complaint Against Defendant

6   'BellSouth' for Damages, Declaratory and Equitable Relief" ("BellSouth Consolidated

7   Complaint").  Dkt. 126.

8       B.      On January 16, 2007, plaintiffs filed consolidated complaints against

9   Cingular defendants, Sprint defendants, the Verizon/MCI defendants and several

10  miscellaneous defendants.  *See* Dkts. 121, 123, 124, 125.

11      C.      On February 20, 2007, this Court entered an Order holding, *inter alia*, "If in

12  any case the parties fail to file a stipulation for stay on or before March 8, 2007, defendants

13  shall answer or otherwise respond to the complaint in such case not later than March 29,

14  2007."  Dkt. 172.

15      D.      The parties to the Sprint and Cingular consolidated complaints have agreed

16  to a stay of those cases.  *See* Dkts. 163, 177.  All of the miscellaneous defendants have been

17  dismissed from this MDL.  *See* Dkts. 162, 164, 184 and 185.

18      E.      Under the Court's Order of February 20, 2007 (Dkt. 172), responses to the

19  BellSouth Consolidated Complaint and the Verizon/MCI consolidated complaint against

20  (Dkt. 125) are currently due on March 29, 2007.

21      F.      The BellSouth Plaintiffs and Defendants have consulted regarding a

22  stipulation with respect to the dates on which the BellSouth Defendants should file an

23  answer or otherwise respond to the BellSouth Consolidated Complaint.  Because resolution

24  of motions to dismiss the Verizon/MCI Consolidated Complaint could materially impact

25  briefing of the BellSouth Consolidated Complaint, and because the BellSouth Consolidated

26  Complaint also may present different factual and legal issues, the BellSouth Plaintiffs and

27  Defendants believe that it would be most efficient and economical of party and judicial

28

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1  resources for the BellSouth Defendants' motion to dismiss to be briefed and heard on a

2  different, later schedule than the motion to dismiss the Verizon/MCI Consolidated

3  Complaint that the Verizon/MCI Defendants intend to file.

4       G.     To avoid simultaneous briefing, and in furtherance of judicial economy, the

5  Bellsouth Plaintiffs and Defendants therefore agree to extend the time to answer or

6  otherwise respond to the BellSouth Consolidated Complaint as set forth below.

7  **STIPULATION**

8       The BellSouth Plaintiffs and Defendants hereby stipulate that the BellSouth

9  Defendants may have until the latter of the following dates to answer or otherwise respond

10  to the BellSouth Consolidated Complaint:

11       1.     May 29, 2007.

12       2.     Twenty-eight days after the Court decides any motion to dismiss the Master

13  Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125)

14  brought by any defendant named by Dkt. 125.

15       Dated:  March 12, 2007.

16            PILLSBURY WINTHROP SHAW PITTMAN LLP
          BRUCE A. ERICSON

17            DAVID L. ANDERSON
          JACOB R. SORENSEN

18            MARC H. AXELBAUM
          DANIEL J. RICHERT

19            50 Fremont Street
          Post Office Box 7880

20            San Francisco, CA 94120-7880

21            SIDLEY AUSTIN LLP
          DAVID W. CARPENTER

22            DAVID L. LAWSON
          BRADFORD A. BERENSON

23            EDWARD R. McNICHOLAS
          1501 K Street, N.W.

24            Washington, D.C. 20005

25            By _____*/s/ Bruce A. Ericson*_____
                 Bruce A. Ericson

26

27            Attorneys for the BellSouth Defendants

28

- 3 -

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1      **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2          I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

3   have obtained the concurrence in the filing of this document from each of the other

4   signatories listed below.

5          I declare under penalty of perjury that the foregoing declaration is true and correct.

6          Executed on March 12, 2007, at San Francisco, California.

7
                                    */s/ Bruce A. Ericson*
8                                       Bruce A. Ericson

9   Dated:  March 12, 2007

10                               LISKA, EXNICIOS & NUNGESSER
                                 ATTORNEYS-AT-LAW
11                               VAL PATRICK EXNICIOS
                                 One Canal Place, Suite 2290
12                               365 Canal Street
                                 New Orleans, LA 70130
13                               Telephone: (504) 410-9611
                                 Fax: (504) 410-9937
14
                                 By _____*/s/ Val Patrick Exnicios per G.O. 45*_____
15                                       Val Patrick Exnicios

16                               Attorneys for BellSouth Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1          [PROPOSED] ORDER

2          Pursuant to the foregoing Stipulation, and good cause appearing,

3          IT IS HEREBY ORDERED that the BellSouth Defendants shall have until the latter

4   of the following dates to answer or otherwise respond to the BellSouth Consolidated

5   Complaint:

6          1.        May 29, 2007.

7          2.        Twenty-eight days after the Court decides any motion to dismiss the Master

8   Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125)

9   brought by any defendant named by Dkt. 125.

10          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11          Dated:  March _20_ 2007.

12

13          _____

14          Hon.

          United

15

16          GRANTED

          Judge Vaughn R Walker

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW